UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

---------------------------------------------------------------- x
                                                                   :

IN THE MATTER OF THE APPLICATION OF   :    Miscellaneous Action No. _____
WP COMPANY LLC d/b/a THE                    :
WASHINGTON POST FOR ACCESS TO       :    ORAL HEARING REQUESTED
CERTAIN SEALED COURT RECORDS        :
                                                                   :
---------------------------------------------------------------- x

## **CERTIFICATE OF CORPORATE DISCLOSURE**

      WP Company LLC d/b/a The Washington Post (the "Post") hereby certifies as follows:

      The Post is a wholly owned subsidiary of Nash Holdings LLC. Nash Holdings LLC is privately held and does not have any outstanding securities in the hands of the public. These representations are made in order that judges of this Court may determine the need for recusal.

Dated:  April 11, 2019

                                            Respectfully submitted,

                                            DAVIS WRIGHT TREMAINE LLP

                                            By:   /s/ Laura R. Handman

                                            Laura R. Handman (DC Bar No. 444386)
                                            Eric J. Feder (DC Bar No. 1048522)

                                            1919 Pennsylvania Avenue NW, Suite 800
                                            Washington, D.C. 20006
                                            Tel.: (202) 973-4200
                                            Fax:  (202) 973-4499
                                            Email:  laurahandman@dwt.com
                                            Email:  ericfeder@dwt.com

                                            *Attorneys for Petitioner the WP Company d/b/a The Washington Post*