AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| IN RE APPLICATION OF WP COMPANY LLC ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:19-mc-00051-EGS |
| UNITED STATES OF AMERICA ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

MICHAEL T. FLYNN, interested party.

Date:   05/13/2019

/s/ Stephen P. Anthony
*Attorney's signature*

Stephen P. Anthony (D.C. Bar No. 426536)
*Printed name and bar number*

Covington & Burling LLP
One CityCenter
850 Tenth Street, N.W.
Washington, DC 20001
*Address*

santhony@cov.com
*E-mail address*

(202) 662-5105
*Telephone number*

(202) 778-5105
*FAX number*