AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | | |
|---|---|---|
| IN RE APPLICATION OF WP COMPANY LLC | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:19-mc-00051-EGS |
| UNITED STATES OF AMERICA | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

MICHAEL T. FLYNN, interested party.                                                                 .

Date:    05/13/2019

/s/ Robert K. Kelner
*Attorney's signature*

Robert K. Kelner (D.C. Bar No. 466880)
*Printed name and bar number*

Covington & Burling LLP
One CityCenter
850 Tenth Street, N.W.
Washington, DC 20001
*Address*

rkelner@cov.com
*E-mail address*

(202) 662-5503
*Telephone number*

(202) 778-5105
*FAX number*