```
UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
------------------------------------------------------- x
                                                        :
                                                        :    Misc. Action No. 19-mc-0051 (EGS)
IN THE MATTER OF THE APPLICATION OF                     :
WP COMPANY LLC d/b/a THE                                :
WASHINGTON POST FOR ACCESS TO                           :    ORAL HEARING REQUESTED
CERTAIN SEALED COURT RECORDS                            :
                                                        :
                                                        :
------------------------------------------------------- x
```

## SUPPLEMENTAL MOTION FOR PUBLIC ACCESS
## TO CERTAIN SEALED COURT RECORDS

WP Company LLC d/b/a The Washington Post (the "Post"), by and through its undersigned counsel, for the reasons stated herein, respectfully moves the Court pursuant to Local Criminal Rule 57.6, for an Order unsealing certain sealed court records docketed in the criminal case captioned *United States v. Michael T. Flynn*, No. 17-cr-232 (EGS) (the "Flynn Case"). Specifically, the Post seeks the unsealing of the unredacted version of the "January 24, 2017 FD-302, which was drafted immediately after Mr. Flynn's FBI interview" referred to in the Court's second minute order of December 17, 2018 in the Flynn Case, which the Court ordered the Government to file with the Court because the document "is relevant to Mr. Flynn's sentencing" (the "January 24 FD-302"). Pursuant to the Court's further order, the Government also publicly filed a redacted version of the January 24 FD-302, which is docketed at ECF No. 62-1 in the Flynn Case.[1] With this motion, the Post seeks public access to the currently sealed, unredacted version of the January 24 FD-302.

---

[1] In a letter accompanying the filing, the Government explained that it was filing two substantively identical redacted versions of the January 24 FD-302, with the only difference between the two versions that the first version inadvertently contained a header labeled "DRAFT DOCUMENT/DELIBERATIVE MATERIAL," which was removed from the second version. *See* Flynn Case, ECF No. 62

1

This motion is intended to supplement the Post's prior request for unsealing of other court records in the Flynn Case. *See* ECF No. 1 (the "Original Motion"). The Post refers the Court to the Memorandum of Points and Authorities filed with the Original Motion (ECF No. 1-1) for discussion of the reasons to unseal the documents in the Flynn Case, which apply with equal force to the documents at issue in the instant motion.

The Post has conferred with the parties in the Flynn Case (who have now appeared in this action as well), and they do not consent to this relief.

**Background and Reasons to Grant the Motion**

On April 12, 2019, the Post filed the Original Motion on the Court's miscellaneous docket. The case was assigned to this Court on April 17, 2019. *See* ECF No. 1. On May 3, 2019, the Court entered the parties' proposed briefing schedule for the Original Motion setting the deadline for the Government to respond as May 14, 2019, and the deadline for the Defendant to file any further response as May 21, 2019, and the deadline for any reply by the Post as May 31, 2019. The same day, the Court *sua sponte* scheduled a hearing on the Original Motion for June 24, 2019.

On May 14, 2019, the Government filed a response to the Original Motion. *See* ECF No. 8. In that filing, the Government acknowledged that changed circumstances had diminished its interests in keeping all of the redacted information at issue in the Original Motion under seal. *See id.* at 1. In particular, in the time since the Court originally allowed the parties to file those documents under seal, the Office of Special Counsel ("OSC") investigation into Russian interference in the 2016 Presidential Election ended, the OSC's final report of that investigation (the "Mueller Report") was delivered to the Attorney General, and a partially redacted version of the Mueller Report was released to the public. Accordingly, the Government filed a motion in

the Flynn Case to partially unseal three of the four documents at issue in the Original Motion. *See id.* at 4 n.1

On May 16, 2019, implicitly agreeing that changed circumstances merited at least partial unsealing of the documents, the Court granted the Government's motion, and ordered the Clerk of Court to file the partially unredacted versions of those three documents on the public docket. *See* Flynn Case, First Minute Order (May 16, 2019); Flynn Case ECF Nos. 75-77.  The same day, the Court issued two further orders in the Flynn Case:  (1) that the Government file on the public docket the transcript of the "voicemail recording" referred to in the unredacted version of the Addendum to the Government's Memorandum in Aid of Sentencing, as well as the transcripts of "any other audio recordings of Mr. Flynn, including, but not limited to, audio recordings of Mr. Flynn's conversations with Russian officials," no later than May 31, 2019; and (2) that the Government file the publicly-available version of the Mueller Report by May 17, 2019, and that the Government file an unredacted version of those portions of the Mueller Report that relate to the Defendant by May 31, 2019.  *See* Flynn Case, Second and Third Minute Orders (May 16, 2019).  The Government filed the publicly available version of the Mueller Report on the public docket on May 17, 2019.  *See* Flynn Case, ECF No. 79.

On May 21, 2019, the Defendant filed a response to the Original Motion, opposing any unsealing of the redacted information in his sentencing memorandum, but taking no position on the Post's request to unseal unredacted version of the other documents at issue in the Original Motion (which had been filed by the Government).  *See* ECF No. 10.

In light of the Court's orders of May 16, 2019 granting the Government's motion to partially unseal some of the documents at issue in the Original Motion and ordering that further

3

materials relevant to the Flynn Case be publicly filed, the Post submits that the January 24 FD-302 should be unsealed as well.

As further set forth in the Memorandum of Points and Authorities accompanying the Original Motion, the public has a qualified right of access to this document under both the First Amendment and the common law. In particular, because the Court has expressly held that January 24 FD-302 "is relevant to Mr. Flynn's sentencing" (Flynn Case, Second Minute Order (Dec. 17, 2018)), the First Amendment right of access attaches. *See* ECF No. 1-1 at 5-6 (discussing First Amendment right of access to court filings related to sentencing). Indeed, among the documents that were further unsealed on May 16 are two other FD-302 reports related to the investigation of the Defendant, which the Court had previously stated were relevant to the Defendant's sentencing. *See* Flynn Case, Third Minute Order (Dec. 12, 2018); Flynn Case, ECF Nos. 76-77. Absent specific findings establishing that a compelling interest requires continued sealing of the January 24 FD-302, and that the redactions in place are narrowly tailored to achieve that interest, the Court should order the material unsealed.

At a minimum, the Government should be required to reassess whether it believes continued sealing is necessary in light of changed circumstances, and to seek unsealing as appropriate (as it did with respect to the documents at issue in the Original Motion). At the teleconference among the parties, the Government agreed to initiate that review, with the expectation that any determination will be made by or before the agreed-upon response date of June 7, 2019. The Post appreciates the Government's efforts on this front to date, but, ultimately, it is the Court that must determine whether compelling interests justify the continued redaction of any material that the Government seeks to keep under seal. *See Press-Enter. Co. v. Superior Court of California, Riverside Cty.*, 464 U.S. 501, 510 (1984).

4

**Relief Requested**

WHEREFORE, for the reasons stated herein and in the accompanying and Memorandum of Points and Authorities accompanying the Original Motion, the Post respectfully requests that the Court enter an Order unsealing the requested court documents.

## REQUEST FOR ORAL HEARING

The Post respectfully requests that this motion be addressed at the oral hearing schedule for June 24, 2019 for the Original Motion.

Dated: May 24, 2019

                Respectfully submitted,

                DAVIS WRIGHT TREMAINE LLP

                By: /s/ Laura R. Handman

                Laura R. Handman (DC Bar No. 444386)
                Eric J. Feder (DC Bar No. 1048522)
                1919 Pennsylvania Avenue NW, Suite 800
                Washington, D.C. 20006
                Tel.: (202) 973-4200
                Fax:  (202) 973-4499
                Email:  laurahandman@dwt.com
                Email:  ericfeder@dwt.com

                *Attorneys for Petitioner WP Company d/b/a The Washington Post*

# **CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of May, 2019, I caused a true and correct copy of the foregoing Supplemental Motion for Public Access to Certain Sealed Court records and Proposed Order, to be served by electronic filing through the Court's CM/ECF system on:

Counsel for Defendant Michael T. Flynn:

Robert K. Kelner
COVINGTON & BURLING LLP
850 Tenth Street, NW
One City Center
Washington, DC 20001
(202) 662-5503
Email: rkelner@cov.com

Stephen Pierce Anthony
COVINGTON & BURLING LLP
850 Tenth Street, NW
One City Center
Washington, DC 20001
(202) 662-5105
Email: santhony@cov.com

Counsel for the Government:

Brandon Lang Van Grack
U.S. DEPARTMENT OF JUSTICE
Special Counsel's Office
950 Pennsylvania Avenue, NW
Washington, DC 20530
(202) 616-0800
Email: brandon.van.grack@usdoj.gov

Zainab Naeem Ahmad
U.S. DEPARTMENT OF JUSTICE
950 Pennsylvania Avenue NW
Room B-103
Washington, DC 20530
(202) 616-0800
Email: zna@usdoj.gov

Deborah A. Curtis
U.S. ATTORNEY'S OFFICE FOR THE DISTRICT OF COLUMBIA
555 Fourth Street, NW

Washington, DC 20530
(202) 252-6920
deborah.curtis@usdoj.gov

          /s/ Eric J. Feder
          Eric J. Feder