UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF WP COMPANY LLC d/b/a THE WASHINGTON POST FOR ACCESS TO CERTAIN SEALED COURT RECORDS | Misc. Action No. 19-0051 (EGS) |

### GOVERNMENT'S RESPONSE TO SUPPLEMENTAL MOTION FOR PUBLIC ACCESS TO CERTAIN SEALED COURT RECORDS

The United States of America (hereinafter "the government") respectfully opposes, in part, the Washington Post's (movant) supplemental motion to unseal certain records in *United States v. Michael T. Flynn*, No. 17-cr-232-EGS (D.D.C.) (the "Flynn Case"), specifically the FD-302 report summarizing the FBI's interview of Michael Flynn on January 24, 2017 ("Flynn 302"). As it did in response to the movant's first request to unseal records in the Flynn Case, the government has publicly disclosed a less-redacted version of the Flynn 302. *See* Flynn Case, ECF No. 85. The remaining limited redactions to the Flynn 302 are narrowly tailored to protect specific compelling interests—privacy interests. Accordingly, further unsealing of the record is unwarranted at this time.

A.   **Background**

On April 12, 2019, the Washington Post first moved to unseal multiple records in the Flynn Case. On May 14, 2019, the government filed its response. As part of that response, which the government incorporates by reference, the government moved to unseal portions of the records at issue for which it no longer had a compelling interest to keep sealed. The Court approved the government's motion, and those records were filed on the public docket. Ten days later, on May 24, 2019, the Washington Post moved to unseal an additional record in the Flynn Case—the Flynn 302.

1

On December 12, 2018, the Court ordered the government to produce "any 302s or memoranda relevant to the circumstances discussed on pages 7-9 of the defendant's sentencing memorandum." The government responded to the Court's Order under seal. On December 17, 2018, in a sealed submission at the Court's invitation, the government proposed redactions to the Flynn 302 to protect specific compelling interests, including to protect privacy interests. *See Matter of the Application of WP Co. LLC (Matter of Washington Post)*, 201 F. Supp. 3d 109, 123-127 (D.D.C. 2016) (privacy of uncharged parties); *United States v. Kravetz*, 706 F.3d 47, 62 (1st Cir. 2013) (under some circumstances, "the privacy interests implicated by disclosure may overcome the presumption of public access). That same day, the Court found that "the government's proposed redactions to that document are appropriate." Flynn Case, 12/17/18 Minute Order. In order to ensure that the sealing was narrowly tailored, the Court further ordered the government to file the redacted version of the Flynn 302 on the public docket, which the government did later that day. *See* Flynn Case, ECF No. 62-1.

**B.     Argument**

On June 6, 2019, the government received Court approval to disclose publicly a less-redacted version of the Flynn 302. *See* Flynn Case, 6/6/19 Minute Order. Later that day, pursuant to the Court's order, the Clerk of the Court filed the less-redacted version of the Flynn 302 on the public docket. *See* Flynn Case, ECF No. 85. The Flynn 302 that is now available to the public discloses most of the previously redacted information. *Compare* Flynn Case, ECF No. 85 *with* Flynn Case, ECF No. 62-1.

The remaining limited redactions are necessary to protect privacy interests, including the date of birth of the defendant. The limited redactions take into account the changes in circumstance identified by the movant, in particular the fact that the Special Counsel concluded his investigation

of Russian interference in the 2016 election and related matters, and that the Attorney General publicly released portions of the Special Counsel's report. Because the remaining redactions are already narrowly tailored, no further unsealing is warranted at this time.

## CONCLUSION

For the foregoing reasons, the motion should be denied, in part.

Respectfully submitted,

JESSIE K. LIU
U.S. Attorney for the District of Columbia

By: /s/ _____

Brandon L. Van Grack
National Security Division
U.S. Department of Justice
950 Pennsylvania Ave., NW
Washington, DC 20530

Deborah Curtis
Assistant United States Attorney
555 4th Street NW
Washington, D.C. 20530

Dated: June 7, 2019

**CERTIFICATE OF SERVICE**

      I, Brandon L. Van Grack, certify that I caused to be served a copy of the foregoing by electronic means on counsel of record for the movant, WP Company LLC, on June 7, 2019.

/s/
Brandon L. Van Grack
National Security Division
U.S. Department of Justice
950 Pennsylvania Ave., NW
Washington, DC 20530
(202) 233-0968

*Attorney for the United States of America*