UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
---------------------------------------------------------------- x
                                                  :
IN THE MATTER OF THE APPLICATION OF  :   Misc. Action No. 19-mc-0051 (EGS)
WP COMPANY LLC d/b/a THE                      :
WASHINGTON POST FOR ACCESS TO       :
CERTAIN SEALED COURT RECORDS         :
                                                  :
---------------------------------------------------------------- x

## **RESPONSE TO ORDER TO SHOW CAUSE OF JULY 15, 2019**

Undersigned counsel for Petitioner WP Company LLC d/b/a The Washington Post (the "Post") hereby responds to the Court's Order to Show Cause why sanctions should not be imposed for failure to comply with the Court's Minute Order of June 24, 2019 (the "Minute Order") to file the joint proposed order (the "Proposed Order") by no later than 12:00 PM on July 12, 2019. As further set forth in the accompanying Declaration of Eric J. Feder ("Feder Decl."), counsel for the Post was responsible for the timely filing of the Proposed Order, and takes full responsibility for the failure to do so. We have confirmed that this is the case to counsel for the other parties in the action, and have informed them of our intent to submit this response to the Court's Order to Show Cause.

The reason for failing to timely submit the Joint Proposed Order was based on our own mistake. When we initially read the Minute Order, we inadvertently misread "no later than 12:00 PM on July 12, 2019" to refer to *midnight* on the night of July 12, 2019, and incorrectly calendared the due date for the Proposed Order accordingly. *See* Feder Decl. ¶ 2. We are, of course, aware that "12:00 PM" is, in fact, noon, but had in good faith (though, in retrospect, with too much haste) misread the deadline time when we first reviewed the Minute Order. *See id.*

The Court's Order to Show Cause notes that "[t]he docket indicates that the parties did not seek an extension of time to file the joint proposed order before the Court-imposed deadline."

We, indeed, did not seek an extension of the deadline to file the Proposed Order, because, having mis-calendared the due date for the Proposed Order, at the time we filed the document, we were under the honest (but mistaken) impression that the deadline had not yet passed.  *See* Feder Decl. ¶ 6.  Although we do not provide this explanation as an "excuse," we respectfully request that the Court deem this error the type of "excusable neglect" contemplated by the Federal Rules of Civil Procedure, and extend the deadline for the parties to submit the Proposed Order *nunc pro tunc*. Fed. R. Civ. P. 6(b)(1)(B).

We sincerely apologize to the Court for this error, for which we, again, take full responsibility.  As we stated at the hearing held June 24, 2019, and reiterate now, we appreciate the Court's attention to this case and the important First Amendment interests at issue.  We regret that our misreading of the Court's Minute Order undermined those efforts.

We respectfully request that the Court not impose sanctions against any of the parties over this mistake, and assure the Court that we will be paying very close attention to both the dates and times of all deadlines in this case going forward.

Dated: July 16, 2019

Respectfully submitted,

DAVIS WRIGHT TREMAINE LLP

By: /s/ Laura R. Handman
Laura R. Handman (DC Bar No. 444386)
Eric J. Feder (DC Bar No. 1048522)
1919 Pennsylvania Avenue NW, Suite 800
Washington, D.C. 20006
Tel.: (202) 973-4200
Fax: (202) 973-4499
Email: laurahandman@dwt.com
Email: ericfeder@dwt.com

*Attorneys for Petitioner WP Company d/b/a The Washington Post*

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 16th day of July, 2019, I caused a true and correct copy of the foregoing Response to Order to Show Cause of July 15, 2019 and Declaration of Eric J. Feder, to be served on all counsel of record by electronic filing through the Court's CM/ECF system.

                              /s/ Laura R. Handman
                                Laura R. Handman