UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF WP COMPANY LLC d/b/a THE WASHINGTON POST FOR ACCESS TO CERTAIN SEALED COURT RECORDS | Misc. Action No. 19-0051 (EGS) |

**NOTICE OF WITHDRAWAL**

Pursuant to Local Rule of Criminal Procedure 44.5(e), please notice the withdrawal of Brandon L. Van Grack as counsel for the government in the above-captioned matter.

Respectfully submitted,

Brandon L. Van Grack
Chief, FARA Unit
National Security Division
950 Pennsylvania Ave., NW
Washington, DC 20530

May 7, 2020