UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
------------------------------------------------------------- x
                                                 :

IN THE MATTER OF THE APPLICATION OF   :    Misc. Action No. 19-mc-0051 (EGS)
WP COMPANY LLC d/b/a THE                    :
WASHINGTON POST FOR ACCESS TO       :
CERTAIN SEALED COURT RECORDS          :
                                                 :
------------------------------------------------------------- x

## STATUS REPORT

Undersigned counsel for Petitioner WP Company LLC d/b/a The Washington Post (the "Post") hereby responds to the Court's Minute Order of January 19, 2021, directing the Post to file a status report with a recommendation for further proceedings, including whether it is appropriate to close this case, as follows:

In light of the events that have transpired in the underlying criminal case *United States v. Flynn*, 17-cv-232-EGS (D.D.C.), since the petition in the above-captioned action was filed, as well as the release of other documents related to that criminal case during that same time period, the Post respectfully recommends that it would be appropriate for the Court to close this case at this time.

Dated: January 26, 2021

                                                 Respectfully submitted,

                                                 DAVIS WRIGHT TREMAINE LLP

                                                 By: /s/ Laura R. Handman
                                                 Laura R. Handman (DC Bar No. 444386)
                                                 Eric J. Feder (DC Bar No. 1048522)
                                                 1919 Pennsylvania Avenue NW, Suite 800
                                                 Washington, D.C. 20006
                                                 Tel.: (202) 973-4200
                                                 Fax: (202) 973-4499
                                                 Email: laurahandman@dwt.com
                                                 Email: ericfeder@dwt.com

                                                 *Attorneys for Petitioner WP Company d/b/a The Washington Post*

1

**CERTIFICATE OF SERVICE**

  I hereby certify that on this 26th day of January, 2021, I caused a true and correct copy of the foregoing Status Report to be served on all counsel of record by electronic filing through the Court's CM/ECF system.

                 /s/ Laura R. Handman
                 Laura R. Handman